IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TECHRADIUM, INC. | § | |
| Plaintiff | § § § | |
| vs. | § § | Civil Action No. 2:09-CV-275 (TJW) |
| ATHOC, INC., et al., | § § § | |
| Defendants. | § § § | |

## ORDER OF DISMISSAL

Pursuant to the parties stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the claims TechRadium has brought against AtHoc in this case are dismissed with prejudice, and all of the counterclaims AtHoc has brought against TechRadium in this case are dismissed without prejudice. Each party will bear its own costs.

SIGNED this 16th day of March, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE