IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TECHRADIUM, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-1887 |
| | § | |
| EDULINK SYSTEMS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion of May 1, 2013 granting Edulink Systems, Inc.'s motion for summary judgment, (Docket Entry No. 295), as well as the prior orders entered in this case, this court enters final judgment dismissing the claims asserted by the plaintiff, Techradium, Inc., with prejudice. Techradium, Inc. takes nothing on its claims against the defendants. The remaining counterclaims are moot.

Techradium will pay costs of court, and each party will bear its own attorneys' fees.

This is a final judgment.

SIGNED on June 4, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge